# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLNOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 18-12463 |
| | ) | |
| 5431- 33 S. Wabash, LLC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Janet S. Baer |

## NOTICE OF MOTION

### Service by Mail and Electronic Notice through ECF

Patrick S. Layng
United States Trustee
Region (11)
219 S. Dearborn Rm, 873
Chicago, IL 60604

New Line Holding LLC
c/o Paul Bach
P.O. Box 1285
Northbrook, IL 60602

See Attached Service List:

**PLEASE TAKE NOTICE**, that on May 1, 2019 at 9:30 a.m., I shall appear before the Honorable Judge Janet S. Baer or before any other Bankruptcy Judge who may be sitting in her place in courtroom 615, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois and present the ATTORNEY WILLIAM E. JAMISON, JR, and JAMES L HARDEMON FOR LEAVE TO WITHDRAW AS ATTORNEY FOR DEBTOR, a copy of which is attached hereto and is herewith served upon you.

        **5431 – 33 S. Wabash, LLC**
        Debtors
        By:/s/ William E. Jamison, Jr.
        WILLIAM E. JAMISON & ASSOCIATES
        53 W. Jackson Blvd.
        Suite #309
        Chicago, IL 60604
        (312) 226 - 8500

## CERTIFICATE OF SERVICE

I, William E. Jamison, an attorney, state that I caused a copy of the above Notice of Motion and Motion to be served upon the attached service list by depositing the same in the U.S. Mail first class postage pre-paid on April 16, 2019, before the hour of 5:00 p.m. at 53 W. Jackson Blvd. Chicago, Illinois.

        By:/s/ William E. Jamison, Jr.
        <u>One of Debtor's Attorneys</u>

5431-33 S. Wabash, LLC
c/o Dylan Reeves ( Reg Agent)
5437 S. Wabash,
Chicago, IL 60615

5431-33 S. Wabash, LLC
c/o Dylan Reeves
5431-33 S. Wabash
Chicago, IL 60615

5437 S. Wabash LLC
c/o Dylan Reeves
5437 S. Wabash
Chicago, IL 60615

ALSJ, Inc.
Attn. Andy Lee (Reg Agent)
6603 W Beckwith Road
Morton Grove, IL 60053

B & B Properties II LLC
c/o Bozena Radojcic, Manager
6921 S. Chicago, AVenue
Chicago, IL 60637

Bayshore Advisors, Inc
1799 Old Bayshore HWY
Suite 126
Burlingame, CA 94010

CIrcuit Court of Cook County
Richard J. Daley Center
50 W. Washington Room 1704
Chicago, IL 60602

Cook County Clerk's Office
Attn. Tax Redemption
118 N. Clark Room 434
Chicago, IL 60602

Cook County Treasurer's Office
118 N Clark
Suite 112
Chicago, IL 60602

Federal Deposit Insurance Corp.
300 S. Riverside Plaza
SUuite # 1700
Chicago, IL 60606


Illinois Department of Revenue
Bankruptcy Section
P.O Box 64338
64338


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Mr. Biscuit, LLC
c/o Dylan Reeves Manager
5431 S. Wabash Venyue
Chicago, IL 60615


Newline Financial, LLC
c/o Lawrence C. Rubin Registered Ag
111 E. Wacker Drive Ste #2800
Chicago, IL 60601


Newline Financial, LLC
c/o Alliance Investors LLC Manager
76977 Playa Rienta Way
Delray Beach, FL 33446


Newline Holdings LLC
c/o National Registrered Agents
55 W. Monroe Suite # 814
Chicago, IL 60604


Newline Holdings, LLC
c/o Paul Bach
P.O. Box 1285
Northbrook, IL 60062


Peoples Gas
Attn Bankruptcy Dept.
130 East Randolph 17th Floor
Chicago, IL 60601

Suncrest Capitol Solutions, LLC
c/o Gerald K. Hodge, Reg Agent
2114 Deerpath Road
Aurora, IL 60506

Suncrest Capitol Solutions, LLC
Attn. Robert Wagner
32 Poole Court
Batavia, IL 60510

Urban Partnership Bank
P.O. Box 19260
Chicago, IL 60619

Wilmington Saving Fund Society, FSB
Noonan & Lierberman Ltd
105 W. Adams Street Suite 1800
Chicago, IL 60603

Wilmington Savings Fund Society
d/b/a/ Chrisitana Trust as Trustee
500 Delaware Ave 11th Floor
Wilmington, DE 19801

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 18-12463 |
| | ) | |
| 5431- 33 S. Wabash, LLC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Janet S. Baer |

## MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD

NOW COMES WILLIAM E. JAMISON, and JAMES L. HARDEMAN (collectively the "Movants") and moves this Honorable Court under Fed. R.Bankr P. 2091-1 for leave to withdraw as attorney of record for the Debtor/Debtor in Possession 5431-33 S. Wabash LLC., and in support thereof states as follows:

1. On April 27, 2018, the Debtor commenced this case by filing a voluntary petition under Chapter 11 of the Bankruptcy Code.

2. That Attorney Kevin J. Benjamin of the law office of Benjamin Brandt were appointed initial counsel for the Debtor pursuant to court order on June 21, 2018.

3. That on December 12, 2018 the court entered and Order Approving Disclosure Statement and Confirming the Debtor's Second Amended Chapter 11 Plan.

4. That on or about February 5, 2019, the debtor in possession through its principal Dylan Reeves contacted attorney James L. Hardeman and William E. Jamison to consult concerning two confirmed Chapter 11 proceedings.

5. That the debtor indicated that he wished to modify the confirmed plan in hopes of obtaining a payment plan and further indicated that he had been fraudulently induced into signing and Plan that was not in the debtor best. interested or its creditor

6. Counsel advised debtor that the plan can be modified post confirmation if the plan had not yet been substantially consummated.

7. Counsel at that time was not aware that the confirmed Chapter 11 Plan provided that the plan could not be modified without the consent of New Line Financial, the debtor's largest secured creditor.

8. Debtor expressed to counsel that he had been fraudulently induced into agreeing with the Second Amended Plan.

9. Counsel advised the debtor that he would need to review the plan, notes e-mails and all other communication to determine if there were sufficient facts to support an allegation of fraud.

10. Counsels thereafter filed their motion to substitute in on the case on February 14, 2019, which was denied by the court, however at the hearing Attorney Jamison indicated to the court that counsel needed time to review the file to determine of there was grounds to revoke the plan.

11. Counsels thereafter on February 27, 2019 filed their Application to be Employed and counsel and on March 12, 2019, the court approved counsel retention nunc pro tunc to February 10, 2019.

12. That prior to their retention Attorney Jamison and Hardeman had begun discussion with Attorneys for Newline to settle issues relating to the confirmed plan by agreement. Attorney Jamison had likewise began seeking alterative financing for the debtor should the parties be unable to reach agreement

13. On March 12, 2019 debtor and Newline met for a conference to explore extending the closing deadline under the plan.

14. The all parties negotiated in good faith and all parties left the meeting with the understanding that a formalized written agreement would be forthcoming.

15. That negotiations subsequently fell through due to unforeseen circumstances to which debtor's counsel was unaware, wherein debtor's counsel immediately began assisting debtor to find financing.

16. Counsel for Debtor set up several meeting with the potential lender and the debtor, which included several onsite visits to the debtor's location.

17. After meeting and reviewing various financing proposal the Debtor was advised by his counsel that he did not have to accept the terms of the proposal as stated and could submit a counter proposals. The debtor rejected the proposal and declined to submit any counter proposals, and the financing fell through.

18. Debtor's counsel thereafter contacted Attorney Paul Bach to explore settlement.

19. Debtor's counsel, Paul Bach and Newline thereafter on April 5, 2019, engaged in a phone conference to discuss possible terms under which the parties could agree to negotiate an extension. Creditors counsel and Newline both indicated that the starting point to further negotiation would require that the Debtor disclose who and what allegations were made by the debtor against Attorney Paul Bach and Newline to third parties.

20. Debtor's counsel thereafter made recommendations as pertains to allegation made by the Debtor in light of the impending closing deadline and advised Debtor to disclose the information as requested.

21. Debtor refused his counsels advise on this issue and negotiations once again fell through.

22. Debtor thereafter insisted that its counsel file emergency motion before the court that the Debtor's counsel believe to be unfounded in light of the current status of the case.

23. When Attorney Jamison advised the debtor that he would confer with co-counsel to the determine if there was a bases for filing and emergency motion, debtor responded that 'if the motion is not filed we are going to have big problems".

24. Attorneys Jamison, Attorney Hardeman and debtor scheduled and emergency conference to discuss what alternatives and or strategies could be employed to salvage debtor's case; and debtor once again rejected counsel's advice, became irritated and used profanity directed towards its counsel.

25. Paragraph 1.2 of the Retainer Agreement signed by the debtor provides that;

> If the client should not act with absolute honesty and integrity with the attorneys, then the Attorney's may either decline to represent client or discontinue such representation immediately and in either such case, the Client agrees not to object to the Attorneys withdrawal for such reason in any way.

See Attached Exhibit "A".

26. Furthermore debtor's insistence that counsel pursue a course of action that counsel does not believe is warranted by the facts as counsel knows them, has resulted in irreparable harm to the attorney client relationship such that further representation of the debtor in this matter is impossible

**WHEREFORE**, the Movants WILLIAM E. JAMISON AND JAMES L. HARDEMON, respectfully requests that this Honorable Court grant the following relief:

A. Enter an Order granting William E. Jamison and James L. Hardeman leave to withdraw as counsel for the debtor 5431-33 S. Wabash, LLC.

B. Grant such other relief as this honorable court deems appropriate and just.

Respectfully submitted.

By: /s/ William E. Jamison
William E. Jamison
on behalf all Movants

William E. Jamison
WILLIAM E. JAMISON & ASSOCIATES
53 W. Jackson Blvd. #309
Chicago, IL 60604
(312) 226-8500

James L. Hardeman
LEGAL REMEDIES CHARTERED
8525 S. Stony Island
Chicago, IL 60617
(773) 374 – 5288