## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLNOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 18-12463 |
| | ) | |
| 5431- 33 S. Wabash, LLC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Janet S. Baer |

### NOTICE OF MOTION

**Service by Mail and Electronic Notice through ECF**

| Patrick S. Layng | New Line Holding LLC | Kevin J. Benjamin |
| United States Trustee | c/o Paul Bach | 1016 W. Jackson |
| Region (11) | P.O. Box 1285 | Chicago, IL 60607 |
| 219 S. Dearborn Rm, 873 | Northbrook, IL 60602 | |

    PLEASE TAKE NOTICE, that on May 8, 2019, at 9:30 a.m., I shall appear before the Honorable Janet S. Baer or before any other Bankruptcy Judge who may be sitting in his place in courtroom 615, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois at which time and place the court will hold a hearing on the APPLICATION OF FINAL DECREE AND ORDER OF SUBSTANTIAL CONSUMATION, a copy of which is hereby served upon you.

                         5431-33 S. Wabash, LLC.
                         Debtor

                         By:/s/ William E. Jamison, JR.
                             William E. Jamison, & Associates
                             53 W. Jackson Blvd.
                             Suite # 309Chicago, IL 60604
                             (312) 226-8500

### CERTIFICATE OF SERVICE

    I, William E. Jamison, Jr., an attorney, state that I caused a copy of the above Notice of Motion and Motion to be served upon the attached service list by depositing the same in the U.S. Mail first class postage prepaid on May 3, 2019, before the hour of 5:00 p.m. at 53 W. Jackson Blvd. Suite Chicago, Illinois 60604.

                                      /s/ William E. Jamison

5431-33 S. Wabash, LLC
c/o Dylan Reeves ( Reg Agent)
5437 S. Wabash,
Chicago, IL 60615

5431-33 S. Wabash, LLC
c/o Dylan Reeves
5431-33 S. Wabash
Chicago, IL 60615

5437 S. Wabash LLC
c/o Dylan Reeves
5437 S. Wabash
Chicago, IL 60615

ALSJ, Inc.
Attn. Andy Lee (Reg Agent)
6603 W Beckwith Road
Morton Grove, IL 60053

B & B Properties II LLC
c/o Bozena Radojcic, Manager
6921 S. Chicago, AVenue
Chicago, IL 60637

Bayshore Advisors, Inc
1799 Old Bayshore HWY
Suite 126
Burlingame, CA 94010

CIrcuit Court of Cook County
Richard J. Daley Center
50 W. Washington Room 1704
Chicago, IL 60602

Cook County Clerk's Office
Attn. Tax Redemption
118 N. Clark Room 434
Chicago, IL 60602

Cook County Treasurer's Office
118 N Clark
Suite 112
Chicago, IL 60602

```
Federal Deposit Insurance Corp.
300 S. Riverside Plaza
SUuite # 1700
Chicago, IL 60606


Illinois Department of Revenue
Bankruptcy Section
P.O Box 64338
64338


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Mr. Biscuit, LLC
c/o Dylan Reeves Manager
5431 S. Wabash Venyue
Chicago, IL 60615


Newline Financial, LLC
c/o Lawrence C. Rubin Registered Ag
111 E. Wacker Drive Ste #2800
Chicago, IL 60601


Newline Financial, LLC
c/o Alliance Investors LLC Manager
76977 Playa Rienta Way
Delray Beach, FL 33446


Newline Holdings LLC
c/o National Registrered Agents
55 W. Monroe Suite # 814
Chicago, IL 60604


Newline Holdings, LLC
c/o Paul Bach
P.O. Box 1285
Northbrook, IL 60062


Peoples Gas
Attn Bankruptcy Dept.
130 East Randolph 17th Floor
Chicago, IL 60601
```

Suncrest Capitol Solutions, LLC
c/o Gerald K. Hodge, Reg Agent
2114 Deerpath Road
Aurora, IL 60506

Suncrest Capitol Solutions, LLC
Attn. Robert Wagner
32 Poole Court
Batavia, IL 60510

Urban Partnership Bank
P.O. Box 19260
Chicago, IL 60619

Wilmington Saving Fund Society, FSB
Noonan & Lierberman Ltd
105 W. Adams Street Suite 1800
Chicago, IL 60603

Wilmington Savings Fund Society
d/b/a/ Chrisitana Trust as Trustee
500 Delaware Ave 11th Floor
Wilmington, DE 19801

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLNOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 18-12463 |
| ) | |
| 5431- 33 S. Wabash, LLC. ) | Chapter 11 |
| ) | |
| Debtor. ) | Judge Janet S. Baer |

**Service by Mail and Electronic Notice through ECF**

| Patrick S. Layng | New Line Holding LLC | Kevin J. Benjamin |
|---|---|---|
| United States Trustee | c/o Paul Bach | 1016 W. Jackson |
| Region (11) | P.O. Box 1285 | Chicago, IL 60607 |
| 219 S. Dearborn Rm, 873 | Northbrook, IL 60602 | |

### APPLICATION FOR FINAL DECREE AND ORDER OF SUBSTANTIAL CONSUMATION PURSUANT TO SHORTENED NOTICE UNDER FRBP 2002(a) and 9006 (c)

NOW COMES, the Reorganized Debtor, 5431-33 South Wabash, LLC., by and through its attorneys' WILLIAM E. JAMISON, JR., and JAMES L. HARDEMAN ask this Honorable Court to enter a Final Decree, as well as closing this case. In support thereof, the Reorganized Debtor states as follows:

1. The movants file this motion on shortened notice and request an expedited hearing on this motion in accordance with Bankruptcy Rule 2002(a) and 9006(c).

2. That there is presently pending before the court a continued hearing on Motion to Compel Turnover and a Continued Hearing on Attorneys Motion to Withdraw scheduled for May 8, 2019 at 10:30 a.m.

3. That no creditors will be prejudiced by the granting of shortened notice and in the interest of judicial economy this matter should be heard on a shortened bases.

4. On April 27, 2018, the Debtor filed a Voluntary Petition for Relief, according to the provisions of Chapter 11 of the Code.

5. On December 12, 2018, this Court held a hearing and entered an Order pursuant to Section 1129 of the Bankruptcy Code confirming the Debtor's Plan of Reorganization.

6. The plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code. That on information and belief based on representation of Attorney Paul Bach, All General unsecured Creditors have been paid in full.

7. The Stay has been modified as to the debtor's largest secured creditor, NEWLINE HOLDINGS, LLC, and that Newline has been allowed to proceed in state court to pursue tax deeds as to the debtor's properties.

8. That based on the foregoing the plan has been substantially consummated within the meaning of Bankruptcy Rule 1101(2).

9. Movants request that further notice requirements be waived and/or reduced in accordance with Bankruptcy Rule 2002 (a) and 9006 (c) and that that the court find that such notice is sufficient and approve the shortened notice under Bankruptcy Rule 9007.

**WHEREFORE,** the Reorganized Debtor, 5431-33 South Wabash, LLC and ask this Honorable Court to enter a Final Decree closing this Chapter 11 case with an express reservation of jurisdiction as requested in this Motion, and for such other relief as is just and equitable.

        Respectfully Submitted,
        5431-33 S. Wabash, LLC

        By:/s/ William E. Jamison, Jr.

William E. Jamison, Jr.
Attorney at Law
53 W. Jackson Blvd.
Suite 309
Chicago, IL 60604
(312) 226 – 8500