UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 18-12463
)
5431-33 S. Wabash LLC ) Chapter: 11
)
) Honorable Janet S. Baer
)
Debtor(s) )

**ORDER DENYING MOTION WITHOUT PREJUDICE
FOR FAILURE TO SUBMIT A DRAFT ORDER**

This matter came before the Court for hearing on May 8, 2019 on the motion of Newline Holdings LLC to Compel Turnover of Possession of Real Estate of Debtor as a Result of Abandonment and Waste, at which time the Court ordered Newline Holdings LLC to submit a draft order reflecting the Court's ruling and/or the agreement of the parties within fourteen days of the hearing. Newline Holdings LLC having failed to submit a draft order within the time period ordered by the Court, the time period having been extended by an additional seven days, and Newline Holdings LLC having failed to submit a draft order within the extended time period,

IT IS HEREBY ORDERED that the motion to Compel Turnover of Possession of Real Estate of Debtor as a Result of Abandonment and Waste is denied without prejudice pursuant to Paragraph 3 of the Fifth Amended Standing Order No. 2 Regarding Draft Orders issued by the Honorable Janet S. Baer on March 12, 2020.

Enter: *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: March 25, 2020

**Prepared by:**
Chambers of the Honorable Janet S. Baer

Rev: 20170105_bko