## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 18-12463 |
| 5431-33 S. Wabash LLC, | ) | Chapter 11 |
| Debtor. | ) | Honorable Janet S. Baer |

### ORDER GRANTING THE UNITED STATES TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 1112(b)

This matter coming before the Court on the United States Trustee's Motion to Dismiss Pursuant to 11 U.S.C. § 1112(b) (Docket No. 248),

IT IS HEREBY ORDERED THAT:

Pursuant to this Court's order entered November 16, 2020, the United States Trustee's Motion to Dismiss Pursuant to 11 U.S.C. § 1112(b) is granted and the above-captioned bankruptcy case is dismissed.

DATED: November 16, 2020

ENTER:

_Janet S. Baer_

Honorable Janet S. Baer
United States Bankruptcy Judge